# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00122-CV

**City of Austin, Appellant**

**v.**

**Michael MacDougall and William Heyer, Co-Independent Executor, Estate of George S. Heyer, Jr., Deceased, Appellees**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-001820, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant City of Austin has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Triana, and Kelly

Dismissed on Appellant's Motion

Filed: June 25, 2021